JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERTO CRUZ SILVA, | ) | CASE NO. SA CV 13-1809-JFW (PJW) |
| Petitioner, | ) ) | |
| v. | ) ) ) | J U D G M E N T |
| SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) ) ) | |
| Respondent. | ) ) ) | |

   For the reasons set forth in the order summarily dismissing the petition without prejudice,

   IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice to refile.

   DATED: May 16, 2014.

   *[signature]*
   JOHN F. WALTER
   UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Judgment.wpd